UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WALTER HOLLINS, et al.,<br>    Plaintiffs,<br><br>-v-<br><br>THE JANITORIAL AGENCY CORP., et al.,<br>    Defendants. | No. 1:13-cv-745<br><br>HONORABLE PAUL L. MALONEY |

**JUDGMENT**

This matter has been dismissed for lack of subject-matter jurisdiction. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters.

**THIS MATTER IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  December 15, 2014                                      /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              Chief United States District Judge